IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN WEBB, JR., ADC #151121　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　Plaintiff,　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　　No. 4:13CV00745-SWW-JJV
HOLLENBECK, Sheriff, Sebastian County　*
Detention Center; *et al.,*　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　Defendants.　　　　　　　　　*

**TRANSFER ORDER**

　　　　Mr. Webb, an inmate in the Cummins Unit of the Arkansas Department of Correction, filed this action *pro se* pursuant to 42 U.S.C. § 1983. It appears that the parties are residents of Sebastian County, Arkansas, and the events giving rise to Mr. Webb's claims occurred in Sebastian County. (Doc. No. 2.) Our federal venue statute provides that in cases not based on diversity of citizenship, venue is proper in "a judicial district where any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred[.]" 28 U.S.C. § 1391 (2006).

　　　　Sebastian County is in the Fort Smith Division of the United States District Court for the Western District of Arkansas. The Court finds that the interest of justice will best be served by transferring the case there. This case is, therefore, immediately transferred to the United States District Court for the Western District of Arkansas, Fort Smith Division.

　　　　IT IS SO ORDERED this 15th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE